1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 2:14-cv-02941-MCE-DAD

12 |         Plaintiff,

13 |     v.

14 | REAL PROPERTY LOCATED AT 7520 | **APPLICATION AND ORDER FOR**
   | MUIRFIELD WAY, SACRAMENTO,    | **PUBLICATION**
15 | CALIFORNIA, SACRAMENTO COUNTY,
   | APN: 048-0270-043-0000, INCLUDING ALL
16 | APPURTENANCES AND IMPROVEMENTS
   | THERETO,
17
   | REAL PROPERTY LOCATED AT 7455
18 | WILLOWWICK WAY, SACRAMENTO,
   | CALIFORNIA, SACRAMENTO COUNTY,
19 | APN: 047-0265-009-0000, INCLUDING ALL
   | APPURTENANCES AND IMPROVEMENTS
20 | THERETO,

21 | REAL PROPERTY LOCATED AT 2381
   | KENWORTHY WAY, SACRAMENTO,
22 | CALIFORNIA, SACRAMENTO COUNTY,
   | APN: 053-0021-010-0000, INCLUDING ALL
23 | APPURTENANCES AND IMPROVEMENTS
   | THERETO, and
24
   | REAL PROPERTY LOCATED AT 1724 S
25 | STREET, SACRAMENTO, CALIFORNIA,
   | SACRAMENTO COUNTY, APN: 009-0096-
26 | 008-0000, INCLUDING ALL
   | APPURTENANCES AND IMPROVEMENTS
27 | THERETO,

28 |         Defendants.

                                    1

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant real properties are located in Sacramento, California, Sacramento County.

4. The United States proposes that publication be made as follows:

   a. One publication;
   b. Thirty (30) consecutive days;
   c. On the official internet government forfeiture site www.forfeiture.gov;
   d. The publication is to include the following:
      (1) The Court and case number of the action;
      (2) The date of the seizure/posting;
      (3) The identity and/or description of the property seized/posted;
      (4) The name and address of the attorney for the Plaintiff;
      (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

///
///
///
///
///

2

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:  12/18/2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
U.S. v. Real Property2941.app.pub.ord.docx