HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Claimant
ASHLEY CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CV-02941-GEB-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER APPOINTING COUNSEL FOR CLAIMANT ASHLEY CHANG** |
| REAL PROPERTY LOCATED AT 7520 MUIRFIELD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 048-0270-043-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7455 WILLOWICK WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 047-0265-009-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 2381 KENWORTHY WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 053-0021-010-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| and | |

///

///

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 1724 S STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 009-0096-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO. |
| 5 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant Ashley Chang as follows:

1. On November 19, 2014, the Magistrate Judge appointed the Office of the Federal Defender to represent Ashley Chang in *United States v. Ma et al.*, 2:14-CR-0330-GEB, to which this civil forfeiture case has been ordered related. Ms. Chang submitted a financial affidavit demonstrating that she is presently indigent and therefore financially unable to obtain representation by counsel.

2. On December 18, 2014, the United States filed a verified complaint for forfeiture *in rem* against the properties listed above.

3. Section 983(b)(1)(A) of Title 18, United States Code, provides:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. Ms. Chang has filed a verified claim to the properties. Pursuant to 18 U.S.C. § 983(b)(1)(A), she Chang asks the Court to authorize the Federal Defender to represent her in the above forfeiture case.

5. The United States agrees that the Federal Defender may be appointed to represent Ms. Chang in this matter.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 21, 2015        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ASHLEY CHANG


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: January 21, 2015        /s/ T. Zindel for K. Khasigian
                               KEVIN KHASIGIAN
                               Assistant U.S. Attorney


**O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby authorized to represent Ashley Chang in the above case.

IT IS SO ORDERED.

Dated: January 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-3-