BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-02941-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY LOCATED AT 1724 S STREET, SACRAMENTO, CALIFORNIA; CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 7520 MUIRFIELD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 048-0270-043-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7455 WILLOWWICK WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 047-0265-009-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 2381 KENWORTHY WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 053-0021-010-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 1724 S STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 009-0096-008-0000, INCLUDING ALL  APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Ashley Chang and Green Tree Servicing LLC, by and through their respective counsel of record, as follows:

1.     The pending action against only the real property located at 1724 S Street, Sacramento, California, Sacramento County, APN: 009-0096-008-0000, shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.     The parties are to bear their own costs and attorney fees.

3.     There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:   __5-12-15_____            BENJAMIN B. WAGNER
                                                United States Attorney


                                        By:     _/s/ Kevin C. Khasigian_____
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated:   __5-5-15_____                        _/s/ Ashley Chang_____
                                                ASHLEY CHANG
                                                Claimant


Dated:   __5/6/15_____                        _/s/ Tim Zindel_____
                                                TIM ZINDEL
                                                Attorney for claimant Ashley Chang


Dated:   __5/5/15_____                        _/s/ Megan E. Gruber_____
                                                MEGAN E. GRUBER
                                                SEVERSON & WERSON
                                                Attorney for claimant Green Tree Servicing LLC

                                                (Original signatures retained by attorney)

///

///

///

///

///

2

1

<u>CERTIFICATE OF REASONABLE CAUSE</u>

2

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed December 18,

3

2014, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate

4

of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of

5

the defendant real property located at 1724 S Street, Sacramento, California, Sacramento County, APN:

6

009-0096-008-0000, and for the commencement and prosecution of this forfeiture action.

7

Dated:  May 14, 2015

8

9

_____

10

GARLAND E. BURRELL, JR.
Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order for Dismissal